AMERICAN HARROW COMPANY *v*. BANKS BROTHERS.

ATKINSON, J.　This was a claim case in a justice court.　The levy was dismissed upon the ground that the execution had been fully paid off, there being entries of levies which were sufficient in amount to discharge the execution in full.　The execution did show a number of entries of levies upon personal property, which were unexplained.　No evidence at all was introduced at the trial to show the value of the property embraced in these levies.　This was absolutely essential to the determination of the question as to whether the levies unexplained were sufficient to raise a presumption of payment; and for this reason the justice of the peace erred in dismissing the levy, and the certiorari should have been sustained.　　　　　　*Judgment reversed.　All the Justices concur.*

Submitted July 18,—Decided December 20, 1906.

Certiorari.　Before Judge Lewis. · Jasper superior court.　November 1, 1905.

*W. S. Florence,* for plaintiff.　*Greene F. Johnson,* contra.

---

JOINER *v*. STALLINGS.

LUMPKIN, J.　1. ·Where an instrument to secure an indebtedness provided that the title to certain described horses should be and remain in the creditors until the note should be paid in full, and on this was indorsed a transfer in the following terms: "For value received we hereby sell, assign, and transfer to A. H. Joiner, together with all our rights, titles, liens, and interests thereto and therein, the within instrument, together with note attached thereto, without recourse," this operated to pass the legal title to the horses, and not merely the title and interest which the creditors had in the instrument.

2. Under the ruling made in the foregoing note, the admission of the second transfer, distinctly specifying that the property also was intended to be conveyed, was immaterial.

3. The evidence was sufficient to make out a prima facie case, and the grant of a nonsuit was error.

　　　　　　*Judgment reversed.　All the Justices concur.*

Submitted July 18,—Decided December 20, 1906.

Trover.　Before Judge Burch.　City court of Dublin.　December 7, 1905.

*K. J. Hawkins,* for plaintiff.　*J. S. Adams,* for defendant.